IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ELIZABETH SMEAL, Executrix of the Estate of GORDON CARL SMEAL, SR., Individually and in her own right | : : : : | EDPA NO.: 5:19-CV-05950-JMG *ASBESTOS CASE |
| v. | : : | |
| CLARK EQUIPMENT COMPANY, et al. | : : | |

**ORDER**

**AND NOW,** this 13th day of May, 2020, upon consideration of the Joint Motion for Voluntary Dismissal of Defendant Clark Equipment Company and agreement of counsel, it is hereby ORDERED and DECREED that the motion is hereby GRANTED. The instant matter, Docket No. 19-cv-05950, is dismissed without prejudice, and Plaintiffs' claims shall continue under Docket No. 19-cv-5853.

**BY THE COURT:**

/s/ John M. Gallagher
**J.**